UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COUNTY OF ULSTER and NEW YORK STATE
LOCAL GOVERNMENT SERVICES
FOUNDATION, INC., as attorney-in-fact for NEW
YORK MUNICIPAL INSURANCE RECIPROCAL,

                      Plaintiffs,

    -against-

ALLIANCE OF NONPROFITS FOR INSURANCE
RISK RETENTION GROUP, JEWISH FAMILY
SERVICES OF ULSTER COUNTY, INC. and
JOYCE A. NORTHACKER,
                      Defendants.
------------------------------------------------------------------X

Civil Action No. 1:21-cv-00524
GLS-DJS

**FINAL JUDGMENT**

    WHEREAS, on April 7, 2025, the United States Court of Appeals for the Second Circuit issued a decision in the above-captioned matter, affirmed in part and vacated in part the judgment of this Court entered May 15, 2024;

    WHEREAS, the Court of Appeals issued its Mandate on April 28, 2025, remanding the matter for further proceedings consistent with its opinion;

    WHEREAS, the parties, through their respective counsel, have conferred and now jointly request entry of Final Judgment in accordance with the appellate mandate and applicable law;

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1. This Court's prior judgment dated May 15, 2024, is MODIFIED to reflect the Second Circuit's ruling issued by Mandate dated April 28, 2025.

2. In the underlying actions of *Joyce A. Northhacker v. Burton Gulnik, Jr., as Administrator of the Estate of Barbara A. Hyde*, brought in the Supreme Court, County of Ulster under Index # 1359/2019, and *Joyce A. Northhacker v. Ulster County Office for the Aging, Jewish Family Services for Ulster County, Carla F. Bryant and Ulster County Area Transit*, brought in the Supreme Court, County of Ulster under Index # 568/2019, the Estate of Barbara Hyde is entitled to coverage under the automobile liability policy issued by the Defendant Alliance for Nonprofits for Insurance Risk Retention Group to Jewish Family Services of Ulster County, as Barbara Hyde was a covered "insured" under the terms of that policy;

3. In the underlying actions of *Joyce A. Northhacker v. Burton Gulnik, Jr., as Administrator of the Estate of Barbara A. Hyde, and Joyce A. Northhacker v. Ulster County Office for the Aging, Jewish Family Services for Ulster County, Carla F. Bryant and Ulster County Area Transit*, the County of Ulster is an "insured" on the Alliance for Nonprofits for Insurance Risk Retention Group policy issued to Jewish Family Services of Ulster County to the extent it is held liable for the alleged negligence of Barbara Hyde, (deceased), who was determined to be a covered insured volunteer of Jewish Family Services of Ulster County;

4. In the underlying actions of *Joyce A. Northhacker v. Burton Gulnik, Jr., as Administrator of the Estate of Barbara A. Hyde,* and *Joyce A. Northhacker v. Ulster County Office for the Aging, Jewish Family Services for Ulster County, Carla F. Bryant and Ulster County Area Transit,* should any judgment or settlement exceed the limits of

the GEICO personal auto policy issued to Barbara Hyde, (deceased), the policies issued by Alliance for Nonprofits for Insurance Risk Retention Group to Jewish Family Services of Ulster County and by NYMIR to County of Ulster are co-excess to the GEICO policy, with contribution between the two policies to be ratably shared by proportion on a 50/50 basis.

Dated: July 15 2025

_Clerk of Court_

s/Phillip McBrearty
Deputy Clerk

STIPULATED AND AGREED TO:

CONGDON, FLAHERTY, O'CALLAGHAN, FISHLINGER & PAVLIDES

BY: _____
MICHAEL T. REAGAN, ESQ.
Attorneys for Plaintiffs-Respondents
COUNTY OF ULSTER and NEW YORK STATE LOCAL GOVERNMENT SERVICES FOUNDATION, INC., as attorney-in-fact for NEW YORK MUNICIPAL INSURANCE RECIPROCAL
333 Earle Ovington Boulevard
Uniondale, New York 11553
T: (516) 542-5900

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____
JOSEPH DeDONATO, ESQ.
Attorneys for Defendant - ALLIANCE OF NONPROFITS FOR INS. RISK RETENTION GROUP
40 Wall Street, Suite 1002
New York, New York 10005
T: (212) 776-4925
Joseph.DeDonato@bbs-law.com